339 A.2d 761

**COMMONWEALTH ex rel. Ronald L. KELLY, Appellant,**

**v.**

**Charles MATCHEY, Warden of the Fayette County Jail.**

Supreme Court of Pennsylvania.

Argued March 10, 1975.

Decided July 7, 1975.

Thomas P. Ruane, Jr., Public Defender, Simon B. John, Asst. Public Defender, Uniontown, for appellant.

Conrad B. Capuzzi, Dist. Atty., Uniontown, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.